IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **LISA HILL-GREEN,** ) | |
| ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 3:19-cv-00708 |
| ) | |
| **EXPERIAN INFORMATION** ) | |
| **SOLUTIONS, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

## PLAINTIFF'S MOTION FOR SUBSTITUTION OF COUNSEL

COMES NOW the Plaintiff, Lisa Hill-Green, by counsel, hereby advises the Court that a conflict has arisen that will impede Matthew J. Erausquin's representation of Plaintiff. Removal of Mr. Erausquin will not cause any prejudice to the parties.

Plaintiff therefore requests that Matthew J. Erausquin be removed from the Court's PACER Docket. For good cause shown, Plaintiff asks for this.

    Respectfully submitted,

    /s/Leonard A. Bennett
    Leonard A. Bennett VSB No. 37523
    CONSUMER LITIGATION ASSOCIATES, P.C.
    763 J. Clyde Morris Boulevard, Suite 1-A
    Newport News, Virginia 23601
    (757) 930-3660 - Telephone
    (757) 930-3662 – Facsimile
    Email:  lenbennett@clalegal.com
    *Counsel for the Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of November 2020, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

/s/Leonard A. Bennett
Leonard A. Bennett VSB No. 37523
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
Email: lenbennett@clalegal.com
*Counsel for the Plaintiff*