IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| LISA HILL-GREEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 3:19-cv-00708 |
| | ) | |
| EXPERIAN INFORMATION SOLUTIONS, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR SUBSTITUTION OF COUNSEL**

This matter comes before the Court on Plaintiff's Motion for Substitution of Counsel.

UPON CONSIDERATION WHEREOF, for good cause shown by the Plaintiff, it is hereby,

ORDERED that Matthew J. Erausquin is removed as counsel in this case.

Dated this 23 day of November, 2020.

/s/
M. Hannah Lauck
United States District Judge