IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LISA HILL-GREEN,

    Plaintiff,

v.                                                  Civil Action No. 3:19cv708

EXPERIAN INFORMATION SOLUTIONS, INC.,

    Defendant.

## ORDER

This matter comes before the Court on the Joint Status Report and Consent Motion to Amend Scheduling Order (the "Motion"). (ECF No. 79.) The parties have indicated that mediation is going well and that motions for preliminary approval of the proposed Rule 23(b)(2) settlement, and class certification and completion of the Rule 23(b)(3) litigation are forthcoming.

Therefore, for good cause shown, the Court GRANTS the Motion and AMENDS the scheduling order. The parties SHALL submit a motion for preliminary approval of the proposed Rule 23(b)(2) settlement on or before October 27, 2021. The parties SHALL file a joint proposed amended schedule for class certification and completion of the litigation of the Rule 23(b)(3) class claim within thirty (30) days, with such motion for class certification to be filed on or before April 1, 2022.

The Court DIRECTS the Clerk to send a copy of this Order to all counsel of record.

It is SO ORDERED.

Date: 10/05/2021
Richmond, Virginia

/s/
M. Hannah Lauck
United States District Judge