# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | |
|---|---|
| **LISA HILL-GREEN,** *on behalf of herself and all others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> **EXPERIAN INFORMATION SOLUTIONS, INC.,** <br><br> Defendant. | Civil Action No. 3:19-cv-00708-MHL |

### JOINT MOTION FOR ENLARGEMENT OF TIME TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT

COME NOW the Plaintiff and Defendant Experian Information Solutions, Inc. ("Experian") (collectively, "the Parties"), by counsel and pursuant to Federal Rule of Procedure 6(b), to move this Court for an enlargement of time in which to file a motion for preliminary approval of class settlement, which is currently due to be filed on October 27, 2021.

This motion is made in good faith and not for a dilatory purpose.  As the Parties apprised this Court in a prior Joint Status Report (Dkt. No. 79, Sept. 27, 2021), the Parties engaged in mediation with the Hon. Diane Welsh (Ret.) and reached a preliminary agreement to settle Plaintiff's claims on behalf of the class for injunctive relief under Rule 23(b)(2).  The Court ordered the Parties to file a motion for preliminary approval of that settlement by October 27, 2021.  The Parties have been working diligently and in good faith to reach agreement on the terms of the settlement and to prepare the documents that will accompany a motion for preliminary approval, but there are still some minor issues to resolve.  The Parties will continue to negotiate diligently and in good faith to reach agreement.

Wherefore, the Parties hereby request that the deadline to file a motion for preliminary approval of the class settlement be extended 6 days, until Tuesday, November 2, 2021. The Parties do not seek extension of any other deadline.

Respectfully submitted,

| EXPERIAN INFORMATION SOLUTIONS, INC. | LISA HILL-GREEN |
|---|---|
| s/ David N. Anthony | s/ Leonard A. Bennett |
| David N. Anthony (VSB No. 31696) | Leonard A. Bennett, Esq. |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | CONSUMER LITIGATION ASSOCIATES, P.C. |
| 1001 Haxall Point | 763 J. Clyde Morris Blvd., Suite 1A |
| Richmond, Virginia 23219 | Newport News, Virginia 23601 |
| david.anthony@troutmansanders.com | lenbennett@clalegal.com |
| *Counsel for Defendant* | *Counsel for Plaintiff* |