**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**LISA HILL-GREEN,**

     **Plaintiff,**

**v.**                                 **Civil Action No. 3:19cv708**

**EXPERIAN INFORMATION SOLUTIONS, INC.,**

     **Defendant.**

## ORDER

This matter comes before the Court on the Joint Motion for Enlargement of Time to File Motion for Preliminary Approval of Class Settlement (the "Motion"). (ECF No. 82.) On October 5, 2021, the Court ordered the parties to submit a motion for preliminary approval of the proposed Rule 23(b)(2) settlement on or before October 27, 2021. (*See* ECF No. 81.) The parties represent that the Motion is made in good faith and that there are only minor issues left to resolve in order to reach an agreement on the terms of the settlement.

Therefore, for good cause shown, the Court GRANTS the Motion. (ECF No. 82.) The parties SHALL submit a motion for preliminary approval of the proposed Rule 23(b)(2) settlement on or before November 2, 2021.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

Date: 10-29-2021
Richmond, Virginia

/s/
M. Hannah Lauck
United States District Judge