IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LISA HILL-GREEN,

    Plaintiff,

v.                                Civil Action No. 3:19cv708

EXPERIAN INFORMATION SOLUTIONS, INC.,

    Defendant.

## ORDER

This matter comes before the Court on the Joint Motion for Enlargement of Time to File Motion for Preliminary Approval of Class Settlement (the "Motion"). (ECF No. 84.) On October 5, 2021, the Court ordered the parties to submit a motion for preliminary approval of the proposed Rule 23(b)(2) settlement on or before October 27, 2021. (ECF No. 81.) On October 29, 2021, the Court granted the parties' motion to extend the deadline until November 2, 2021. (ECF No. 83.) The parties now request an additional extension until Tuesday, November 9, 2021. The parties represent that the Motion is made in good faith, a settlement agreement was reached, and the additional time is to prepare the documents that will accompany the motion for preliminary approval.

Therefore, for good cause shown, the Court GRANTS the Motion. (ECF No. 84.) The parties SHALL submit a motion for preliminary approval of the proposed Rule 23(b)(2) settlement on or before November 9, 2021.

It is SO ORDERED.

Date: 11-4-2021
Richmond, Virginia

/s/ M. Hannah Lauck
United States District Judge