**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**LISA HILL-GREEN,** *on behalf of herself*
*and all others similarly situated,*

       **Plaintiff,**

    **v.**                                                **Civil Action No. 3:19cv708**

**EXPERIAN INFORMATION**
**SOLUTIONS, INC.,**

       **Defendant.**

## ORDER

      This matter comes before the Court on the Joint Motion for Approval of Proposed

Notices (the "Motion").  (ECF No. 93.)  Parties submit for the Court's approval the long form,

short form, and publication notices of the preliminarily approved Rule 23(b)(2) class action

settlement.  (*See* Mem. Supp. Exs. 1–2, ECF No. 94-1.)

      Upon review of the proposed notices, the Court hereby GRANTS the Motion.  (ECF

No. 93.)  It is ORDERED that the Rule 23(b)(2) Class Action Settlement Notices attached to the

Declaration of Dr. Shannon Wheatman are APPROVED for distribution in accordance with the

Notice Plan, Settlement Agreement, and this Court's Preliminary Approval Order.

      It is SO ORDERED.

                                         /s/
                        M. Hannah Lauck
                        United States District Judge

Date:  12/3/2021                    M. Hannah Lauck
Richmond, Virginia             United States District Judge