IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LISA HILL-GREEN, *on behalf of*
*herself and all others similarly situated,*

       Plaintiffs,                                          Civil Action No. 3:19-cv-708

v.

EXPERIAN INFORMATION SOLUTIONS,
INC.,

       Defendant.

## PLAINTIFF'S MOTION FOR ATTORNEY'S FEES, COSTS, AND CLASS REPRESENTATIVE SERVICE AWARD

Plaintiff Lisa Hill-Green, under Federal Rules of Civil Procedure 23(h) and 54(d)(2), moves the Court for her attorney's fees, costs, and a service award under the Class Action Settlement Agreement for the reasons supplied in the accompanying memorandum of law.

                                                             Respectfully submitted,
                                                             **LISA HILL-GREEN,**
                                                             *individually and on behalf of all*
                                                             *others similarly situated*

                                                             By: */s/ Kristi C. Kelly*
                                                             Kristi Cahoon Kelly, VSB #72791
                                                            Andrew J. Guzzo, VSB #82170
                                                            Casey S. Nash, VSB #84261
                                                           J. Patrick McNichol, VSB No. 92699
                                                           **KELLY GUZZO PLC**
                                                           3925 Chain Bridge Road, Suite 202
                                                           Fairfax, Virginia 22030
                                                           Telephone: (703) 424-7572
                                                           Facsimile: (703) 591-0167
                                                           Email: kkelly@kellyguzzo.com
                                                           Email: aguzzo@kellyguzzo.com
                                                           Email: casey@kellyguzzo.com
                                                           Email: pat@kellyguzzo.com

Leonard A. Bennett, VSB No. 37523
Craig C. Marchiando VSB No. 89736
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com
Email: craig@clalegal.com

E. Michelle Drake, Admitted *Pro Hac Vice*
Email: emdrake@bm.net
Joseph C. Hashmall, Admitted *Pro Hac Vice*
Email: jhashmall@bm.net
BERGER MONTAGUE PC
1229 Tyler St NE, Suite 205
Minneapolis, Minnesota 55413
Telephone: (612) 594-5999
Facsimile: (612) 584-4470
*Counsel for Plaintiff*