IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LISA HILL-GREEN, *on behalf of*
*herself and all others similarly situated,*

       Plaintiffs,                                 Civil Action No. 3:19-cv-708

v.

EXPERIAN INFORMATION SOLUTIONS,
INC.,

       Defendant.

## PLAINTIFF'S MOTION FOR
## FINAL APPROVAL OF CLASS ACTION SETTLEMENT

      Plaintiff Lisa Hill-Green, on behalf of herself and a class of similarly situated consumers, respectfully submits this Motion for Final Approval of Class Action Settlement. The basis for Plaintiff's Motion is detailed more fully in her separately filed Memorandum in Support of Motion for Final Approval of Class Action Settlement.

                                                  Respectfully submitted,
                                                  **LISA HILL-GREEN**

                                                  By: */s/ Leonard A. Bennett*
                                                  Leonard A. Bennett, VSB #37523
                                                  Craig C. Marchiando, VSB #89736
                                                  Drew D. Sarrett, VSB #81658
                                                  CONSUMER LITIGATION ASSOCIATES, P.C.
                                                  763 J. Clyde Morris Blvd., Ste. 1-A
                                                  Newport News, VA  23601
                                                  Telephone: (757) 930-3660
                                                  Facsimile: (757) 930-3662
                                                  Email:  lenbennett@clalegal.com
                                                  Email: craig@clalegal.com
                                                  Email: drew@clalegal.com

                                                  Kristi C. Kelly, VSB #72791
                                                  Andrew J. Guzzo, VSB #82170
                                                 Casey S. Nash, VSB #84261

2

        J. Patrick McNichol, VSB #92699
        KELLY GUZZO, PLC
        3925 Chain Bridge Road, Suite 202
        Fairfax, VA 22030
        (703) 424-7572
        (703) 591-0167 Facsimile
        Email: kkelly@kellyguzzo.com
        Email: aguzzo@kellyguzzo.com
        Email: casey@kellyguzzo.com
        Email: pat@kellyguzzo.com

        E. Michelle Drake, *Admitted Pro Hac Vice*
        Email: emdrake@bm.net
        Joseph C. Hashmall, *Admitted Pro Hac Vice*
        Email: jhashmall@bm.net
        BERGER MONTAGUE PC
        1229 Tyler St NE, Suite 205
        Minneapolis, Minnesota 55413
        Telephone: (612) 594-5999
        Facsimile: (612) 584-4470

        *Counsel for Plaintiff*