**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

LISA HILL-GREEN, *on behalf of
herself and all others similarly situated,*

            Plaintiffs,                                   Civil Action No. 3:19-cv-708

v.

EXPERIAN INFORMATION SOLUTIONS,
INC.,

            Defendant.

## MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff Lisa Hill-Green, on behalf of herself and the Settlement Class Members, by Counsel, submits this Motion for Preliminary Approval of Class Action Settlement. The Settlement Agreement is attached as Exhibit 1, and for the reasons explained in the contemporaneously filed memorandum of law, Plaintiffs request that the Court enter the Proposed Order conditionally certifying the class for purposes of settlement, appointing class counsel, appoint the class administrators, directing notice to the class, and scheduling a final fairness hearing.

                                  Respectfully submitted,
                                  **LISA HILL-GREEN,**
                                  *individually and on behalf of all
                                  others similarly situated*

                                  By: */s/ Kristi C. Kelly*
                                    Kristi Cahoon Kelly, VSB #72791
                                  Andrew J. Guzzo, VSB #82170
                                  Casey S. Nash, VSB #84261
                                  J. Patrick McNichol, VSB No. 92699
                                  **KELLY GUZZO PLC**
                                  3925 Chain Bridge Road, Suite 202
                                  Fairfax, Virginia 22030
                                  Telephone: (703) 424-7572

Facsimile: (703) 591-0167
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
Email: casey@kellyguzzo.com
Email: pat@kellyguzzo.com

Leonard A. Bennett, VSB No. 37523
Craig C. Marchiando VSB No. 89736
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com
Email: craig@clalegal.com

E. Michelle Drake, Admitted *Pro Hac Vice*
Email: emdrake@bm.net
Joseph C. Hashmall, Admitted *Pro Hac Vice*
Email: jhashmall@bm.net
BERGER MONTAGUE PC
1229 Tyler St NE, Suite 205
Minneapolis, Minnesota 55413
Telephone: (612) 594-5999
Facsimile: (612) 584-4470
*Counsel for Plaintiff*