IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LISA HILL-GREEN, *on behalf of*
*herself and all others similarly situated,*

        Plaintiffs,

v.                                           Civil Action No. 3:19cv708

EXPERIAN INFORMATION SOLUTIONS,
INC.,

        Defendant.

## ORDER

This matter comes before the Court on Plaintiff Lisa Hill-Green's Motion for Enlargement of Class Certification Schedule (the "Motion"). (ECF No. 103.) In the Motion, Hill-Green requests an enlargement of the class certification schedule for the "[Federal] Rule [of Civil Procedure] 23(b)(3) putative class's damages claims" after the parties reached only a "partial class settlement pursuant to [Federal Rule of Civil Procedure] 23(b)(2)." (ECF No. 104, at 1.) On August 19, 2022, Hill-Green filed a Motion for Preliminary Approval of Class Action Settlement, (ECF No. 125), that included the "narrower Rule 23(b)(3) class of consumers." (ECF No. 126, at 1.) On September 29, 2022, the Court issued an order granting preliminary approval of the settlement. (ECF No. 129.)

Upon due consideration and given the settlement in this matter, the Court DENIES the Motion as MOOT. (ECF No. 103.)

It is SO ORDERED.

Date: 9/29/2022
Richmond, Virginia

                                                /s/
                                      M. Hannah Lauck
                                      United States District Judge