IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| LISA HILL-GREEN, *on behalf of herself and all others similarly situated,* | : : : | |
| Plaintiff, | : : | Civil Action No. 3:19-cv-708 |
| v. | : : | |
| EXPERIAN INFORMATION SOLUTIONS, INC., | : : : | |
| Defendant. | : : | |

### PLAINTIFF'S MOTION FOR ATTORNEY'S FEES, COSTS, AND CLASS REPRESENTATIVE SERVICE AWARD

Plaintiff Lisa Hill-Green, under Federal Rules of Civil Procedure 23(h) and 54(d)(2), moves the Court for her attorney's fees, costs, and a service award under the Class Action Settlement Agreement for the reasons supplied in the accompanying memorandum of law.

Respectfully submitted,
**LISA HILL-GREEN**

By: */s/ Kristi C. Kelly*
Kristi Cahoon Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
Casey S. Nash, VSB #84261
J. Patrick McNichol, VSB No. 92699
**KELLY GUZZO PLC**
3925 Chain Bridge Road, Suite 202
Fairfax, Virginia 22030
Telephone: (703) 424-7572
Facsimile: (703) 591-0167
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
Email: casey@kellyguzzo.com
Email: pat@kellyguzzo.com

Leonard A. Bennett, VSB No. 37523
Craig C. Marchiando VSB No. 89736
**CONSUMER LITIGATION ASSOCIATES,**

1

**P.C.**
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com
Email: craig@clalegal.com

E. Michelle Drake, Admitted *Pro Hac Vice*
Email: emdrake@bm.net
Joseph C. Hashmall, Admitted *Pro Hac Vice*
Email: jhashmall@bm.net
**BERGER MONTAGUE PC**
1229 Tyler St NE, Suite 205
Minneapolis, Minnesota 55413
Telephone: (612) 594-5999
Facsimile: (612) 584-4470

*Counsel for Plaintiff*