# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | | |
|---|---|---|
| LISA HILL-GREEN, *on behalf of herself and all similarly situated individuals*, | : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 3:19-cv-708 (MHL) |
| EXPERIAN INFORMATION SOLUTIONS, INC., | : : : : | |
| Defendant. | : | |

## PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff Lisa Hill-Green, by counsel, on behalf of herself and the Settlement Class Members, and under Fed. R. Civ. P. 23, moves the Court for Final Approval of the Class Action Settlement for the reasons outlined in the contemporaneously-filed memorandum of law. A proposed order is attached as Exhibit 1.

Respectfully submitted,
**PLAINTIFF**

By: */s/ Kristi C. Kelly*
Kristi Cahoon Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
Casey S. Nash, VSB #84261
J. Patrick McNichol, VSB No. 92699
**KELLY GUZZO PLC**
3925 Chain Bridge Road, Suite 202
Fairfax, Virginia 22030
Telephone: (703) 424-7572
Facsimile: (703) 591-0167
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
Email: casey@kellyguzzo.com
Email: pat@kellyguzzo.com

Leonard A. Bennett, VSB No. 37523
Craig C. Marchiando VSB No. 89736
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com
Email: craig@clalegal.com

E. Michelle Drake, Admitted *Pro Hac Vice*
Email: emdrake@bm.net
Joseph C. Hashmall, Admitted *Pro Hac Vice*
Email: jhashmall@bm.net
**BERGER MONTAGUE PC**
1229 Tyler St NE, Suite 205
Minneapolis, Minnesota 55413
Telephone: (612) 594-5999
Facsimile: (612) 584-4470

*Counsel for Plaintiff*